FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2023 FEB 10 P 12:44

CAROL L. MICH
CLERK



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## SECOND SUPERSEDING INDICTMENT FOR VIOLATIONS OF HOBBS ACT ROBBERY AND THE FEDERAL GUN CONTROL ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. : 21-191 |
| v. | * | SECTION: "J" |
| SHAWN WINDING | * | VIOLATIONS: 18 U.S.C. § 1951(a) |
| KADEEM ROMAIN | | 18 U.S.C. § 922(g)(1) |
| BRIANT JONES | * | 18 U.S.C. § 924(a)(2) |
| a/k/a "Bam" | | 18 U.S.C. § 2 |
| ELDRON JOSEPH | * | |
| a/k/a "E.J." | | |
| * | * | * |

The Grand Jury charges that:

### COUNT 1
### (Hobbs Act Robbery)

On or about November 16, 2021, in the Eastern District of Louisiana, the defendants, **SHAWN WINDING, KADEEM ROMAIN, BRIANT JONES a/k/a "BAM,"** and **ELDRON JOSEPH a/k/a "E.J.,"** did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, that is, **SHAWN WINDING, KADEEM ROMAIN, BRIANT JONES a/k/a "BAM",** and **ELDRON JOSEPH a/k/a "E.J.,"** did

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

unlawfully attempt to take and obtain property consisting of United States currency, in the care, custody, control, management, and possession of a Brink's armored car carrier, against his will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 2
### (Felon in Possession of a Firearm)

On or about November 16, 2021, in the Eastern District of Louisiana, the defendant, **BRIANT JONES a/k/a "BAM,"** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a conviction on January 29, 2020, in the State of Louisiana, St. Tammany Parish, for aggravated assault with a firearm, in violation of LA-R.S. 14:37.4, did knowingly possess a firearm, that is, a German Sports Gun Model GSG-16, .22 caliber rifle bearing serial number A810650, said firearm being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 3
### (Felon in Possession of a Firearm)

On or about November 16, 2021, in the Eastern District of Louisiana, the defendant, **ELDRON JOSEPH a/k/a "E.J.,"** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a conviction on March 16, 2021, in the State of Louisiana, Jefferson Parish case number 20-5438, for attempted possession of a firearm by a convicted felon, in violation of LA-R.S. 14:(27)95.1, and a conviction on March 16, 2021, in the State of Louisiana, Jefferson Parish case number 20-6069, for simple burglary, in violation of LA-R.S. 14:62, and a conviction on February 18, 2020, in the State of Louisiana, Jefferson Parish case number 19-4595, for possession of hydrocodone and morphine, in violation of LA-R.S. 40:967(C), did knowingly possess a firearm, that is, a German Sports Gun Model GSG-16, .22 caliber rifle

bearing serial number A810650, said firearm being in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3 of this Second Superseding Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendants, **SHAWN WINDING, KADEEM ROMAIN, BRIANT JONES a/k/a "BAM"** and **ELDRON JOSEPH a/k/a "E.J.,"**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property real or personal which constitutes or is derived from proceeds traceable to said offense.

3. As a result of the offenses alleged in Counts 1 through 3, the defendants, **SHAWN WINDING, KADEEM ROMAIN, BRIANT JONES a/k/a "BAM"** and **ELDRON JOSEPH a/k/a "E.J.,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to the following:

> German Sports Guns rifle, model GSG-16, .22 caliber, bearing serial number A810650, with an attached magazine containing eighteen (18) live rounds.

4. If any of the above-described property, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

           A TRUE BILL:

           ▮▮▮▮▮▮▮▮▮▮▮▮
           FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

_(signature)_

MICHAEL E. TRUMMEL
Assistant United States Attorney
Louisiana Bar Roll No. 36288

New Orleans, Louisiana
February 10, 2023

CLERK'S OFFICE
A TRUE COPY
Feb 10 2023
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

FORM OBD-34

No. 21-191 "J"

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana
Criminal Division

## THE UNITED STATES OF AMERICA

vs.

SHAWN WINDING
KADEEM ROMAIN
BRIANT JONES, a/k/a "Bam"
ELDRON JOSEPH, a/k/a "E.J."

# SECOND SUPERSEDING INDICTMENT
## FOR VIOLATIONS OF HOBBS ACT ROBBERY AND THE FEDERAL GUN CONTROL ACT

VIOLATIONS: 18 U.S.C. § 1951(a)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 2

_____
Foreperson

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
MICHAEL E. TRUMMEL
Assistant United States Attorney